# WILLIAMS LLP

NEW YORK | COLORADO
TELEPHONE: 212.634.9106
FACSIMILE:   212.634.9106
WWW.WMSINTL.COM

7 WORLD TRADE CENTER
250 GREENWICH STREET, 46TH FLOOR
NEW YORK, NY 10007

September 3, 2019

**VIA ECF**
The Honorable Andrew L. Carter Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 1306
New York, New York 10007

**RE:   Marky's Martial Arts dba Killearn Lakes Taekwondo v. FC Online Marketing, Inc. dba FCOM, 19cv03363** (Request for Preservation of September 26, 2019, as the date for Plaintiff's Hearing on damages)

Dear Judge Carter:

I represent Plaintiff, Marky's Martial Arts. Marky's sued FC Online Marketing, Inc. dba FCOM, but FCOM has not responded. Consequently, Plaintiff has sought a clerk's default. Plaintiff is also filing a contemporaneous motion seeking entry of Default by this Court. By this letter, Plaintiff requests that this Court preserve **September 26, 2019**, as the hearing date for a hearing on Plaintiff's damages. Plaintiff anticipates that it will need one hour to complete its presentation to the Court.

Sincerely,

T. Edward Williams, Esq.