UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Marky's Martial Arts, Inc. dba Killearn Lakes Taek

                Plaintiff(s),

- against -

FC Online Marketing, Inc. dba FCOM

                Defendant(s),
------------------------------------------------------------X

19 Civ. 03363 (ALC)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 15, 2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) FC Online Marketing, Inc. dba FCOM by personally serving The New York Secretary of State, and proof of service was therefore filed on June 26, 2019, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

    September 12, 2019

                                                RUBY J. KRAJICK
                                                Clerk of Court

                                By: _____
                                          Deputy Clerk