**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _–X

**MARKY'S MARTIAL ARTS, INC dba**          :          1:19-CV03363
**KILLEARN LAKES TAEKWONDO,**

 

 

                             Plaintiff,          :          **AFFIDAVIT IN SUPPORT
                                                                            OF CLERK'S DEFAULT**

         against          :

**FC ONLINE MARKETING, INC., dba**          **:**
**FCOM,**

                     Defendant.          :

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _–X

I, T. Edward Williams, Esq., am counsel for the Plaintiff in this matter and state that:

1.     The Defendant was served with the Summons and Complaint in this case on June 26, 2019.

2.     Proof of Service was filed with the Clerk's Office on June 26, 2019, via ecf.

3.     I have conducted a search and Defendant, FC Online Marketing, Inc. dba FCOM is not in military service and is not eligible to serve in the military.

4.     Defendant has not filed an Answer or responsive pleading with me or with this Court, and has not otherwise appeared in this case.

5.     The time for Defendant to file an Answer or responsive pleading has expired, and this Court has not given an extension of time.

**I RESPECTFULLY REQUEST THAT** the Clerk Enter default judgment against the Defendant in this case.

September 11, 2019
New York, New York

**RESPECTFULLY SUBMITTED**,

By: /s/ T. Edward Williams, Esq.
T. Edward Williams, Esq.
Williams, LLP
7 World Trade Center
250 Greenwich Street, 46th FL.
New York, New York 10007
Tel/Fax: 212.634.9106
Email: Edward.williams@wmsintl.com
*Attorneys for Plaintiff*