**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
––––––––––––––––––––––––––––X

| | | |
|---|---|---|
| **MARKY'S MARTIAL ARTS, INC dba KILLEARN LAKES TAEKWONDO,** | : | 1:19-CV03363 |
| Plaintiff, | : | **NOTICE OF MOTION FOR DEFAULT JUDGMENT** |
| against | : | |
| **FC ONLINE MARKETING, INC., dba FCOM,** | : | |
| Defendant. | : | |

––––––––––––––––––––––––––––X

Pursuant to Federal Rule of Civil Procedure 55(b)(2) and this Court's Individual Practices, Plaintiff, Marky's Martial Arts, Inc. dba Killearn Lakes Taekwondo through counsel, T. Edward Williams, Esq. of Williams, LLP respectfully moves for a Court's entry of default Judgment and for all other relief this Court deems just and proper.

September 23, 2019
New York, New York

RESPECTFULLY SUBMITTED,

By: /s/ T. Edward Williams, Esq.
T. Edward Williams, Esq.
Williams, LLP
7 World Trade Center
250 Greenwich Street, 46th FL.
New York, New York 10007
Tel/Fax: 212.634.9106

                Email: Edward.williams@wmsintl.com
                *Attorneys for Plaintiff*