USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/23/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARKY'S MARTIAL ARTS, INC., :
:
                          Plaintiff, :
:    1:19-cv-3363 (ALC)
    -against- :
:    **ORDER TO SHOW CAUSE**
FC ONLINE MARKETING, INC. :
:
                         Defendant. :
:

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      On April 15, 2019, Plaintiff Marky's Martial Arts, Inc. ("Plaintiff") filed a complaint against Defendant FC Online Marketing, Inc. ("Defendant"). ECF No. 1. On September 23, 2019, having previously obtained a clerk's certificate of default, Plaintiff filed a Motion for Default Judgment against Defendant. ECF No. 11–12. To date, Defendant has not appeared in this action and has failed to answer or otherwise respond to the Complaint.

      Accordingly, Defendant is hereby **ORDERED TO SHOW CAUSE** why default judgment for failure to move or otherwise answer the Complaint should not be entered, pursuant to Rule 55 of the Federal Rules of Civil Procedure. Such showing shall be made in writing and filed **on or before October 7, 2019**. Any reply by Plaintiff will be due **on or before October 21, 2019.**

      The parties shall also appear for a hearing in this matter on **October 22, 2019, at 1:00 p.m.** in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

      Plaintiff is directed to serve a copy of this Order to Show Cause and the papers upon which it is based on Defendant on or before **September 26, 2019**. Service must be made by

certified mail and Plaintiff is directed to submit the tracking number to the Court. Plaintiffs shall file proof of service with the Court within fourteen (14) days of entry of this Order.

Lastly, the Clerk of Court is respectfully directed to terminate docket number 8.

**SO ORDERED.**

**Dated: September 23, 2019**
      New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**