USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10/22/19_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

   MARKY'S MARTIAL ARTS, INC.,
                                   Plaintiff,

            -against-

   FC ONLINE MARKETING, INC.,
                                 Defendant.

--------------------------------------------------------x

1:19-cv-03363 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

     Pursuant to the Order to Show Cause Hearing held on October 22, 2019, Plaintiff is hereby **ORDERED** to submit a letter to the Court concerning venue on or before **October 29, 2019**.

**SO ORDERED.**

Dated: October 22, 2019
      New York, New York

_____
         **ANDREW L. CARTER, JR.**
         **United States District Judge**