# WILLIAMS LLP

NEW YORK | COLORADO
TELEPHONE: 212.634.9106
FACSIMILE:    212.634.9106
WWW.WMSINTL.COM

7 WORLD TRADE CENTER
250 GREENWICH STREET, 46TH FLOOR
NEW YORK, NY 10007

October 29, 2019

<u>VIA ECF</u>
Judge Andrew Carter Jr.
District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

**RE:   Letter Re: Venue**

Dear Judge Carter:

I write to comply with this Court's October 22, 2019 Ruling asking for a letter on venue. This Court specifically asked Plaintiff to address the propriety of venue in the Southern District of New York as opposed to the Eastern District of New York.

Plaintiff contends that venue is proper in the Southern District of New York under 28 U.S.C. 1391(c)(2). Plaintiff will seek leave to amend their Complaint to allege venue is proper in this Court.

Sincerely,

T. Edward Williams, Esq.