USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/4/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARKY'S MARTIAL ARTS, INC.,

         Plaintiff,

   -against-

FC ONLINE MARKETING, INC.

         Defendant.

------------------------------------------------------------x

1:19-cv-03363 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The above-captioned action is referred to Magistrate Judge Debra C. Freeman for the following purpose:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

**SO ORDERED.**

Dated: December 4, 2019
   New York, New York

                   /s/ ANDREW L. CARTER, JR.
                   **United States District Judge**