**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

– – – – – – – – – – – – – – – – – – – – – – – – –X

| | | |
|---|---|---|
| **MARKY'S MARTIAL ARTS, INC dba KILLEARN LAKES TAEKWONDO,** | : | 1:19-CV03363 |
| Plaintiff, | : | **NOTICE RE: COMPLIANCE WITH ORDER DATED** |
| against | : | |
| **FC ONLINE MARKETING, INC., dba FCOM,** | : | |
| Defendant. | : | |

– – – – – – – – – – – – – – – – – – – – – – – – –X

Pursuant to this Court's February 28, 2020 Order, Plaintiff is submitting a Proposed Order

for default judgment along with affidavits and exhibits to prove Plaintiff's damages.

March 30, 2020
New York, New York

RESPECTFULLY SUBMITTED,

By: /s/ T. Edward Williams, Esq.
T. Edward Williams, Esq.
Williams, LLP
7 World Trade Center
250 Greenwich Street, 46th FL.
New York, New York 10007
Tel/Fax: 212.634.9106
Email: Edward.williams@wmsintl.com
*Attorneys for Plaintiff*