# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------X

**MARKY'S MARTIAL ARTS, INC dba** : 1:19-CV03363
**KILLEARN LAKES TAEKWONDO,**

                    Plaintiff, : **SUPPLEMENTAL AFFIDAVIT OF MAILING UNDER LOCAL RULE 55.2(C)**

                    against :

**FC ONLINE MARKETING, INC., dba** :
**FCOM,**

                    Defendant. :

------------------------X

I, T. Edward Williams, being of lawful age and sound mind, make this Affidavit under Local Rule 55.2(c) regarding service of the Order Dated February 28, 2020. This Affidavit is made consistent with 28 U.S.C. 1746, and under that statute, "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct":

1.    This Court issued an Order on February 28, 2020 and required service on Defendants of that Order by March 30, 2020. On March 5, 2020, at 3:38 PM, my office mailed, by certified mail, a copy of the February 28, 2020 Order to

Defendant's last known address, which is on file with the New York Secretary of State, at 3601 Hemstead Turnpike, Suite 503 Levittown, New York 11756. But the mail was returned to my Office sometime later in March 2020. The reason for the return was "undeliverable as addressed." (A process server who later went to that address stated the address was vacant.):



2. In addition, in an abundance of caution, my office also had New York Minute Messenger Service deliver the February 28, 2020 Order to New York Secretary of State office at 123 William Street New York, New York 10038 on March 11, 2020. New York Minute Messenger Service picked up the envelope with the Order on March 11, 2020 at 2:41 PM and delivered the Order that same day at 3:48 PM:

Origin
------
Williams LLP
250 Greenwich St
New York NY 10006

Destination
-----------
N.Y. Sec. State
123 William Street
New York, New York

Pieces: 1
Weight: 1
Reference1:
Reference2:
Ready for pickup: Wed 03/11/20 1:48 PM
Due: Wed 03/11/20 3:48 PM

3.  I have also served this Court's October 9, 2020 Order on Defendant through and will supplement this filing with the Certificate of Service.

Dated: October 22, 2020.

T. Edward Williams, Esq.