**Attorney(s):** Williams LLP
**Index #:** 1:19-cv-03363-ALC-DCF
**Purchased/Filed:** June 22, 2021
**State of:** New York
**Court:** U. S. District
**County/District:** Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Marky's Martial Arts, Inc. d/b/a Killearn Lakes Taekwondo

Plaintiff(s)

against

FC Online Marketing, Inc. d/b/a FCOM

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 40 yrs
Weight: 200 lbs   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Black   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **July 6, 2021**, at **12:50pm**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Order**

on

**FC Online Marketing, Inc. d/b/a FCOM**

the Defendant in this action, by delivering to and leaving with **Colleen Banahan** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

6th day of July, 2021

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette
**Invoice·Work Order #** 2120914
Attorney File # **Marky's Martial Arts,**