ATTORNEY(S): Williams LLP
INDEX #: 19cv03363
PURCHASED/FILED:
STATE OF: NEW YORK
COURT: U. S. District
COUNTY/DISTRICT: Southern Dist.

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Marky's Martial Arts

Plaintiff(s)

against

FC Online Marketing d/b/a FCOM

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 40 yrs
Weight: 200 lbs   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Black   Other:

**Sean Warner**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **August 6, 2021**, at **12:45pm**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

Bill of Costs & Declaration of Blaine Marky in Support of Motion Plaintiff's Damages with Declaration of Blaine Marky Authenticating Documents Submitted in Support of Damages & Supplemental Declaration in Support of Williams LLP's Invoices with Memorandum of Law in Support of Plaintiff's Damages

on

**FC Online Marketing Inc. d/b/a FCOM**

the Defendant in this action, by delivering to and leaving with **Colleen Banahan** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

6th day of August 2021

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Sean Warner

Invoice·Work Order # 2125115
Attorney File # **Marky's Martial Arts**