

**WILLIAMS LLP**

New York | Colorado

t: 212.634.9106
f: 212.634.9106

www.williamsllp.com

45 Rockefeller Plaza, 20th FL.
New York, New York 10111

New York, March 4, 2022

<u>**BY ECF**</u>
The Honorable Judge Debra C. Freeman

**Letter Request for Status Conference,** (*Marky Martial Arts, Inc. v. FC Online Marketing, Inc., Case No. 19–cv–3363–ALC–DCF*)

Dear Judge Freeman:

This case is coming up on its third year annevasary since Plaintiff filed it on April 15, 2019. *See* ECF No. 1. Defendant defaulted in every respect on this case. Indeed, although Defendant was served many times, Defendant has not responded, and Defendant has made it clear that it does not intend to respond or otherwise participate in this case. Judge Carter referred this matter to this Court for an Inquest on December 4, 2020. *See* ECF Doc. No. 19. Plaintiff has complied with all Orders from this Court and has submitted documents on Plaintiff's damages. The last filing was October 15, 2021. *See* ECF Doc. No. 42. Plaintiff is still awaiting ruling on its damages.

Based on the foregoing, Plaintiff seeks a Status Conference to determine whether Plaintiff can do anything to obtain an order on its damages against Defendant.

Sincerely,

T. Edward Williams, Esq.