UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARKY'S MARTIAL ARTS, INC. d/b/a
KILLEARN LAKES TAEKWONDO,

                           Plaintiff,                    19-CV-03363 (ALC) (VF)

          -against-                    **ORDER TO STRIKE**

FC ONLINE MARKETING, INC. d/b/a FCOM

                          Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Clerk of Court is respectfully directed to *strike ECF No. 45 from the docket*; a replacement entry will be filed concurrently. **SO ORDERED.**

DATED:    New York, New York
               September 14, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge