UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
**MARKY'S MARTIAL ARTS, INC. d/b/a** :
**KILLEARN LAKES TAEKWONDO,** :
                              **Plaintiff,** :       19-CV-03363 (ALC)(VF)
        **-against-** :       <u>**ORDER ADOPTING**</u>
                                             :      <u>**AMENDED REPORT AND**</u>
**FC ONLINE MARKETING, INC., d/b/a FCOM,** :      <u>**RECOMMENDATION**</u>
                            **Defendant.** :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

       On April 26, 2022, this matter was referred to United States Magistrate Judge Valerie Figueredo for an inquest after default/damages hearing. ECF No. 44. The Court now considers the Amended Report and Recommendation issued by Magistrate Judge Figueredo on Sept. 16, 2022, recommending that default judgment be entered against Defendant and that Plaintiff be awarded $216,205.92 in compensatory damages, $216,205.92 in punitive damages, $41,640.00 in attorney's fees, $3,417.13 in costs, and post-judgment interest. ECF No. 49.

       Despite notification of the right to object to the Amended Report and Recommendation, Defendant has filed no objections. Where no timely objections are made, the Court may adopt the Report and Recommendation as long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014) (citing *Wilds v. United Parcel Serv.*, 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003)). In light of the lack of any objections to the Amended Report and Recommendation and the fact that Court finds no clear error in the record, the Court adopts the Amended Report and Recommendation in its entirety.

For the reasons stated in the Amended Report and Recommendation at ECF No. 49, Plaintiff is hereby awarded $216,205.92 in compensatory damages, $216,205.92 in punitive damages, $41,640.00 in attorney's fees, $3,417.13 in costs, and post-judgment interest. Post-judgment interest shall be calculated from the day the Clerk of Court enters judgment until the date of payment by Defendant, using the federal interest rate set forth in 28 U.S.C. § 1961.

The Clerk of Court is respectfully directed to enter judgment and close the case.

**SO ORDERED.**

**Dated:**  **New York, New York**
             **January 12, 2023**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**