**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARKY'S MARTIAL ARTS, INC. d/b/a
KILLEARN LAKES TAEKWONDO,

                Plaintiff,                            19 **CIVIL** 3363 (ALC)(VF)

       -against-                                **JUDGMENT**

FC ONLINE MARKETING, INC., d/b/a FCOM,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 12, 2023, in light of the lack of any objections to the Amended Report and Recommendation and the fact that Court finds no clear error in the record, the Court has adopted the Amended Report and Recommendation in its entirety.  For the reasons stated in the Amended Report and Recommendation at ECF No. 49, Plaintiff is hereby awarded $216,205.92 in compensatory damages, $216,205.92 in punitive damages, $41,640.00 in attorney's fees, $3,417.13 in costs, and post-judgment interest. Post-judgment interest shall be calculated from the day the Clerk of Court enters judgment until the date of payment by Defendant, using the federal interest rate set forth in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
           January 13, 2023

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                       **BY:**    *K. Mango*
                                                                    **Deputy Clerk**