UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MARKY'S MARTIAL ARTS, INC. D/B/A          :
KILLEARN LAKES TAEKWONDO,                 :
                                          :
                                Plaintiff,          :          19-cv-03363 (ALC)
                                          :
           -against-                          :          __CONFERENCE ORDER__
                                          :
FC ONLINE MARKETING, INC., D/B/A FCOM,    :
                                          :
                               Defendants.         :
                                          :
                                          :
                                          :
-------------------------------------------------------------- :
                                          :
                                          x

**ANDREW L. CARTER, JR., District Judge:**

       The Court will hold a telephonic conference in this action on October 11, 2023 at 12:00PM Eastern Time.

       All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:    **September 28, 2023**
             **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**