UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MARKY'S MARTIAL ARTS, INC. D/B/A :
KILLEARN LAKES TAEKWONDO, :
:
                             **Plaintiff,** :     19-cv-03363 (ALC)
:
      -against- :     **AMENDED CONFERENCE**
:     **ORDER**
FC ONLINE MARKETING, INC., D/B/A FCOM, :
:
                            **Defendant.** :
:
:
:
-------------------------------------------------------------- :
:
                                                                                       x

**ANDREW L. CARTER, JR., District Judge:**

       The Court will hold a telephonic conference in this action on October 17, 2023 at 3:00PM Eastern Time.

       All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

       Plaintiff is directed to serve the amended conference order on Defendant and file an affidavit of service by **October 12, 2023**.

**SO ORDERED.**

**Dated:**    **October 10, 2023**
                **New York, New York**        **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**