**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

MARKY'S MARTIAL ARTS, INC. D/B/A  :
KILLEARN LAKES TAEKWONDO,          :
                                   :
                    Plaintiff,     :          **19-cv-03363 (ALC)**
                                   :
        -against-                  :          **ORDER**
                                   :
FC ONLINE MARKETING, INC., D/B/A FCOM,  :
                                   :
                    Defendant.     :
                                   :
                                   :
-------------------------------------------------------------- :
                                   :
                                   x

**ANDREW L. CARTER, JR., District Judge:**

During the October 17, 2023 conference, the Court directed Mr. Parrella of FCOM to inform the Court whether he intends to retain counsel or proceed *pro se* by October 31. To date, Mr. Parrella has not done so. Mr. Parrella is ordered to file a response by **Monday, November 6, 2023**. Plaintiff is directed to serve this order on Defendant and file an affidavit of service by **November 3, 2023**.

**SO ORDERED.**

**Dated:      November 2, 2023**
**            New York, New York**          _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**