UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MARKY'S MARTIAL ARTS, INC. D/B/A KILLEARN LAKES TAEKWONDO,**

          Plaintiff,

-against-

**FC ONLINE MARKETING, INC., D/B/A FCOM,**

          Defendant.

---

19-cv-03363 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephonic conference in this action on **November 21, 2023** at 12:00PM Eastern Time.

All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

Plaintiff is directed to serve the conference order on Defendant and file an affidavit of service by **November 17, 2023**.

**SO ORDERED.**

Dated:    **November 16, 2023**
                    **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**