UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MARKY'S MARTIAL ARTS, INC. D/B/A :
KILLEARN LAKES TAEKWONDO, :
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Plaintiff, :　　19-cv-03363 (ALC) (VF)
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　-against- :　　**CONFERENCE ORDER**
　　　　　　　　　　　　　　　　　　　　　　　:
FC ONLINE MARKETING, INC., D/B/A FCOM, :
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Defendant. :
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------- :
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　x

## INTRODUCTION

　　　　The Court will hold a telephonic conference in this action on January 12, 2024 at 3:30PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Defendant should be prepared to respond to Plaintiff's letter dated November 29, 2023 regarding Defendant's attempts to obtain counsel. ECF No. 64. Corporate Defendants can only appear in court with counsel and cannot be represented pro se by a principal. See, e.g., *Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167 (2d Cir. 2001).

　　　　Plaintiff is directed to serve the conference order on Defendant and file an affidavit of service by December 13, 2023.

**SO ORDERED.**

**Dated: December 12, 2023**
　　　　**New York, New York**　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**