UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MARKY'S MARTIAL ARTS, INC. D/B/A : 
KILLEARN LAKES TAEKWONDO, :
 :
                                 Plaintiff, :        19-cv-03363 (ALC) (VF)
 :
           -against- :        **CONFERENCE ORDER**
 :
FC ONLINE MARKETING, INC., D/B/A FCOM, :
 :
                              Defendant. :
 :
 :
-------------------------------------------------------------------- :
 :
                                                 x

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephonic conference in this action on January 31, 2024 at 2:30PM Eastern Time.

      All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:    January 23, 2024**
            **New York, New York**          **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**