UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
**MARKY'S MARTIAL ARTS, INC. D/B/A** :
**KILLEARN LAKES TAEKWONDO,** :
 :
                           **Plaintiff,** :    **19-cv-03363 (ALC) (VF)**
 :
       -against- :    <u>**ORDER**</u>
 :
**FC ONLINE MARKETING, INC., D/B/A FCOM,** :
 :
                        **Defendant.** :
 :
 :
------------------------------------------------------------------- :
 :
                                     x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the parties' letters, ECF Nos. 78-79, regarding the length of Defendant's Reply Memorandum of Law in Further Support of Defendant's Motion to Vacate the Default Judgment. ECF No. 77. Plaintiff's request is hereby DENIED. The Court grants Defendant leave to file a longer reply brief nunc pro tunc. The Clerk of the Court is respectfully directed to close the open motion at ECF No. 78.

**SO ORDERED.**

**Dated:   April 10, 2024**
            **New York, New York**

                                                           **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**