**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**MARKY'S MARTIAL ARTS, INC. D/B/A**
**KILLEARN LAKES TAEKWONDO,**

                          **Plaintiff,**                       **19-cv-03363 (ALC) (VF)**

         **-against-**                                  **CONFERENCE ORDER**

**FC ONLINE MARKETING, INC., D/B/A FCOM,**

                          **Defendant.**

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on October 17, 2024 at 3:30 PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **October 17, 2024**
           **New York, New York**                       **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**