UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARKY'S MARTIAL ARTS, INC.,

                              Plaintiff,          **19-CV-03363 (ALC) (VF)**

            -against-                              **ORDER**

FC ONLINE MARKETING, INC.,

                              Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       As discussed at the April 3, 2025 settlement conference, the parties are directed to file a joint status update by **May 13, 2025** if they have not filed a stipulation of dismissal by that date.

       **SO ORDERED.**

DATED:     New York, New York
                April 3, 2025

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge