UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARKY'S MARTIAL ARTS, INC. D/B/A KILLEARN LAKES TAEKWONDO,<br><br>                   Plaintiff,<br><br>                   -against-<br><br>FC ONLINE MARKETING, INC., D/B/A FCOM,<br><br>                   Defendant. | 19-cv-03363 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has settled or will settle, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    April 3, 2025
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**